HARRY·RECKLER, Appellant, against JAMES C. QUINN et al., Individually and as Members of the New York City Alcoholic Beverage Control Board, et al., Respondents.

Argued April 18, 1939; decided May 16, 1939.

*Samuel Lawrence Brennglass* and *I. Arnold Himber* for appellant.

*Monroe I. Katcher, II,* and *Francis V. McHugh* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.